NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JAMALUD-DIN ALMAHDI ) | |
| ) | Civil Action No.  05-2587 (HAA) |
| Jamalud-din Almahdi, ) | |
| ) | **OPINION AND ORDER** |
| Petitioner. ) | |
| ) | |

Jamalud-din Almahdi
FCI – Allenwood
No. 15322-086
P.O. Box 2000
White Deer, Pennsylvania  17887
*Pro se Petitioner*

**ACKERMAN, Senior District Judge:**

    This matter comes before the Court on the motion of Petitioner Jamalud-Din Almahdi to alter or amend judgment under Federal Rule of Civil Procedure 59(e).  On August 9, 2005, this Court issued an Opinion and Order denying Almahdi's petition for a writ of error *coram nobis*.  Petitioner raises the same arguments in this motion that this Court rejected in its prior Opinion and Order.  These arguments regarding Petitioner's claims of actual innocence and error in his record of conviction have been presented repeatedly to multiple courts in this District and to the Court of Appeals for the Third Circuit, and all of these Courts have refused to grant Petitioner relief.

    This Court has once again carefully considered Petitioner's contentions regarding the facts in the record which led to his conviction and sentence, which stemmed from his guilty plea to violation of 18 U.S.C. § 1029 (a)(2) and (3).  This Court finds no reason to alter or amend its

1

conclusion in its August 9, 2005 Opinion and Order that the extraordinary remedy of a writ of error *coram nobis* may not issue in this case. The Court acknowledges that Petitioner feels strongly that he has been wronged by the proceedings in this matter, which he believes led to his continued incarceration due to violation of parole. However, Petitioner has fully presented his claims to multiple courts through several procedural mechanisms, and each time the courts have concluded that Petitioner may not obtain relief and that his conviction and sentence were valid.

Petitioner has availed himself of all possible means of seeking relief from his conviction and sentence, and may not continue to raise claims that this Court and others have consistently denied. This Court repeats the admonition it gave to Petitioner in its August 9, 2005 Opinion and Order:

> Petitioner has exhausted all avenues to challenge the instant conviction in this Court. His multiple § 2255 petitions have been denied by this Court and by the Third Circuit, this Court has dismissed his civil Complaint, and his instant petition for a writ of error *coram nobis* merely reiterates previously rejected arguments and falls far short of meeting the standard for this truly exceptional and extraordinary writ. It is beyond all doubt that the challenged conviction and sentence is valid and may not be disturbed.

It is therefore hereby

ORDERED that Petitioner Jamalud-Din Almahdi's motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) is DENIED.

Newark, New Jersey
Dated: August 19, 2005

s/ Harold A. Ackerman
U.S.D.J.
